# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Juan Carlos Casillas DEFENDANT(S). | CASE NUMBER 16 CR-00025-JVS ORDER FOR TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT ~~RE: OUT OF DISTRICT CASE~~ |
|---|---|

Upon the stipulation of the parties that a detention hearing is waived in this District,

IT IS ORDERED that a detention hearing is hereby set on the calendar of the U. S. District Court for the Central District of California, at a date and time to be determined by that Court, following defendant's transfer to that ~~District~~ Division by the United States Marshal.

Pending said detention hearing, the defendant shall be held in custody by the United States Marshal or other custodial officer, to wit: _____, and produced for the hearing.

☐ The Court finds good cause for continuance of the detention hearing in ~~excess of five (5) days:~~

5/7/17
DATED

~~KENLY KIYA KATO~~, U.S. MAGISTRATE JUDGE
David T. Bristow

---
ORDER FOR TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
RE: OUT OF DISTRICT CASE

M-9 (06/98)                                                                 Page 1 of 1