

FILED
CLERK, U.S. DISTRICT COURT

JUN - 8 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JUAN CARLOS CASILLAS DEFENDANT(S). | CASE NUMBER SACR16-00025-JVS ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a ~~detention~~ Revocation hearing is set for <u>June 12, 2017</u>, _____, at <u>1:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Douglas F. McCormick</u>, in Courtroom <u>6B</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>June 8, 2017</u>   Douglas F. McCormick
U.S. ~~District Judge~~/Magistrate Judge