| | | | |
|---|---|---|---|
| Case No. | SA CR 16-00025-JVS | Date | June 8, 2017 |
| Title | United States v. Juan Carlos Casillas | | |

**Present: The Honorable** Douglas F. McCormick

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Nancy Boehme | CourtSmart |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| Ann Wolf | Rob Harley |

**Proceedings:** (In Chambers) Order of Detention after Hearing Held Under 18 U.S.C. § 3148(b)

Defendant appeared after being taken into custody on an arrest warrant issued by United States District Judge James V. Selna after the United States Pretrial Services submitted a petition for action on conditions of pretrial release alleging that Defendant committed a violation of the conditions of his supervised release. The Court conducted a hearing on the alleged violations. Based on the information presented at the hearing, the Court finds that there is probable cause to believe that Defendant committed a Federal, State, or local crime while on release. The Court bases that finding on the case now pending in San Bernardino County Superior Court charging defendant with misdemeanor domestic battery. The Court also finds that no condition or combination of conditions of release will assure that Defendant will not flee or pose a danger to the safety of any other person or the community. The Court bases this finding on the charges of misdemeanor domestic batter and the fact that an Immigration Judge has now ordered Defendant removed from the United States. Under these circumstances, the Court can no longer find that either the conditions previously ordered or any other conditions will assure Defendant's appearance in Court as required or the safety of any other person or the community.

Defendant's release is therefore revoked and IT IS THEREFORE ORDERED that Defendant be detained.

Initials of Preparer    mba for nb