FILED
CLERK, U.S. DISTRICT COURT
SEP 22 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>Juan Carlos Casillas,<br><br>    Defendant. | Case No.: SA ~~EDCR~~ 16-0025-JVS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/Calif for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (✓)   The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on violation conduct while on supervision

and/or

B.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: new conviction while on supervision, lengthy criminal history includes violence

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/22/25

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2